IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Lakesha Shotwell ) Case No. 15-10521
)
) Chapter 13
)
SSN: XXX-XX-7959       Debtors ) Honorable Janet S. Baer

## ORDER TO EMPLOYER TO PAY THE TRUSTEE

To: Advacare Systems Inc.
2939 N Pulaski Rd.
Chicago IL 60641

Attn: Payroll Department

WHEREAS, the above named debtor has submitted a plan to pay his/her debts out of his/her future earnings, and by his/her plan submits all of his/her future earnings to the supervision and control of this Court for the purpose of carrying out the Plan;

NOW IT IS THEREFORE ORDERED, that until further order of this Court, Advacare Systems Inc. employer of Lakesha Shotwell, deduct from the earnings of the debtor the sum of $510.00 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to Tom Vaughn, Trustee at least once a month at the following address:

Tom Vaughn Chapter 13 Trustee
P.O. Box 588
Memphis, TN 38101-0588

IT IS FURTHER ORDERED, that the employer shall stop or change the deduction upon written notice from the Trustee;

IT IS FURTHER ORDERED, that the employer shall notify the Trustee if the employment of the debtor is terminated and the reason for such termination;

IT IS FURTHER ORDERED, that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

FOR THE COURT

Date Entered: _____

Jeffrey Allsteadt, Clerk, United States Bankruptcy Court

Debtor or Attorney Signature _Lakesha Shotwell_   Date: 11/04/2015

[✓] I agree to entry of this order without further notice or hearing.

[ ] Check this box if the debtor has agreed to the entry of this order without further notice or hearing through Section I of the Chapter 13 Plan.