UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )        BK No.:  15-10521

Lakesha Shotwell  )

  )        Chapter:  13

  )        Honorable Donald R. Cassling

  )

  )

Debtor(s)  )

**ORDER GRANTING MOTION TO VACATE PAYROLL CONTROL ORDER ENTERED ON 11/12/2015 (DOCKET NO. 46)**

　　Upon Motion of the Debtor, no responsive pleading having been filed or objection within the time required, IT IS HEREBY ORDERED:

　The Debtor's Motion to Vacate Payroll Order is granted and the Court orders that the order entered on 11/12/2015 ordering payroll control is hereby vacated

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 07, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600