UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 15-10521

LAKESHA SHOTWELL  )

)  Chapter: 13

)  Honorable Donald R. Cassling

)

)

Debtor(s)  )

### ORDER DISMISSING FOR FAILURE TO MAKE PLAN PAYMENTS

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed on the Trustee's motion for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated: July 18, 2019

**Prepared by:**

Tom Vaughn

Chapter 13 Trustee

55 E. Monroe Street, Suite 3850

Chicago, IL 60603

(312) 294-5900